**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6441**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ALIMAMY BARRIE,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:11-cr-00476-TSE-1)

Submitted:  July 21, 2020           Decided:  July 24, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alimamy Barrie, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alimamy Barrie appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2018) motion for a sentence reduction and his motion to vacate the restitution order relating to his conviction for conspiracy to commit wire and mail fraud. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barrie*, No. 1:11-cr-00476-TSE-1 (E.D. Va. filed Mar. 16, 2020; entered Mar. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*